SAM SAFIAN v. IRVING NATIONAL BANK.— Motion granted.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

WILLIAM H. W. YOUNGS v. WALTER G. HERBERT, as Ancillary Administrator, etc., Impleaded.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JESS BRIEGEL v. ARTHUR DAY and Others.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

FEDELE BISOGNO v. NEW YORK RAILWAYS COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

FRANK BISOGNO, an Infant, etc., v. NEW YORK RAILWAYS COMPANY.— Motion granted.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MARC KLAW, Suing, etc., v. ABRAHAM L. ERLANGER and Others.— Motion for stay pending appeal granted.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MARC KLAW, Suing, etc., v. ABRAHAM L. ERLANGER and Others.— Motion for stay pending appeal granted.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

CHARLES WEINSCHENKER, INC., on Behalf of Itself and Other Creditors, etc., v. POTTASCH BROTHERS COMPANY.— Appellant having failed to notice the appeal for the first motion day of the October term, the motion for a stay pending appeal is denied and the stay heretofore granted is vacated.  Settle order on notice fixing date for examination to proceed.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. AMERICAN COTTON EXCHANGE.— Motion for preference granted for November 8, 1922.  Motion to extend time to serve respondent's brief granted to and including October 31, 1922.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES TIGHE.— Preference granted for October 17, 1922.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

CHEMUNG IRON AND STEEL COMPANY v. SMITH & HEMENWAY, INC.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

FRED A. GORDON, in Behalf of Himself, etc., v. MOJAVE TUNGSTEN COMPANY and Others.— Motion granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

SPEAR & COMPANY v. IRMENIE G. DE LUQUE.— Motion granted so far as to stay inquest pending appeal.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell,—JJ.

In the Matter of ISIDOR PICKER, Deceased.— Preference granted for November 2, 1922.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

HAROLD P. DWORSKY v. DAVID HERSTEIN.— Motion denied, with ten dollars costs, and stay vacated.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of ADAM P. DIENST and Others v. ANTONIO D'ANDRE.— Motion granted.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

HENRY J. LEVY, Respondent, v. MILTON J. GORDON, Appellant.— Order affirmed,

54